Elliott H. Stone, Esq. (SBN 264569)
ehstone@stonelawpc.com
**STONE LAW FIRM**
6601 Center Drive – Suite 500
Los Angeles CA 90045
Telephone: (310) 348-7000

Attorneys for Defendants ARSEN ASRATIAN
and HOUSE OF WINGS

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARSEN ASRATIAN, individually and d/b/a HOUSE OF WINGS; and HOUSE OF WINGS LLC, an unknown business entity d/b/a HOUSE OF WINGS,, <br><br> Defendants. | Case No.: 2:14-CV-06982-WDK-PLA <br><br> **STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ORDER THEREON** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff J&J SPORTS PRODUCITONS, INC. ("J&J"), and Defendants House of Wings, LLC, sued incorrectly as ARSEN ASRATIAN, individually and d/b/a HOUSE OF WINGS LLC, an unknown business entity d/b/a HOUSE OF WINGS ("Defendants"), that the hearing date for Plaintiff's pending *Motion for Summary Judgment* (Doc. 22) shall be reset and continued to Monday, November 23. 2015. Defendant's Opposition papers shall be due on or before November 13, 2015, and any Reply papers shall be due on or before November 20, 2015.

IT IS SO STIPULATED.

|  |  |
|---|---|
| 1 | Respectfully Submitted, |
| 2 | Dated: October 23, 2015     STONE LAW FIRM |
| 4 | By: /s/ Elliott H. Stone |
| 5 | Attorneys for Defendant ARSEN ASRATIAN and HOUSE OF WINGS |

Dated: October 23, 2015     LAW OFFICES OF THOMAS P. RILEY P.C.

By: _____
Attorneys for Plaintiff J&J Sports Productions, Inc.

**ORDER**

Good cause showing, it is hereby ORDERED that the that the hearing date for Plaintiff's pending *Motion for Summary Judgment* (Doc. 22) is reset and continued to Monday, November 23. 2015, at 10:00 a.m.; Defendant's Opposition papers shall be filed and served on or before November 13, 2015; and Plaintiff's Reply, if any, shall be filed and served on or before November 20, 2015.

Dated: _____

Hon. William D. Keller
Judge Of The United States District Court
Central District of California

2
STIPULATION TO CONTINUE HEARING DATE ON     2:14-CV-06982-WDK-PLA
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND ORDER THEREON