THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797                                    JS-6
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ARSEN ASRATIAN, et al.,<br><br>Defendants. | CASE NO. 2:14-cv-06982-WDK-PLA<br><br>ORDER GRANTING STIPULATED JUDGMENT |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Thirty-Two Thousand Five Hundred Dollars ($32,500.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff J & J Sports Productions, Inc., and against Arsen Asratian, individually and d/b/a House Of Wings; and House of Wings, LLC d/b/a House Of Wings.

STIPULATED JUDGMENT
CASE NO. 8:14-cv-06982-WDK-PLA
Page 1

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment only in the event of default of the Parties' settlement agreement and written notification of same to this Honorable Court by counsel of record.

**IT IS SO ORDERED**:

_____     Dated:  <u>May 12, 2016</u>
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///